

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:          Timothy Gerard Pletta v. Oro AII Commerce, LLC d/b/a
                              Commerce Park Apartments

Appellate case number:        01-19-00966-CV

Trial court case number:      1129067-101

Trial court:                  County Civil Court at Law No. 1 of Harris County

On July 28, 2020, appellee, Oro AII Commerce, LLC d/b/a Commerce Park Apartments, and appellant, Timothy Gerard Pletta, filed a "Joint Agreed Motion for Extension of Time to File Appellee's Brief and/or to Abate Appeal Pending Settlement Discussions."

Prior to our ruling on the motion, on July 31, 2020, appellee filed its "Appellee's Brief." Accordingly, the motion is **dismissed as moot**.

It is so ORDERED.

Judge's signature:  ___/s/ Evelyn V. Keyes_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:  __August 18, 2020___